1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ROBERT GARCIA

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 6:15-mj-00053-MJS
                                     )
12            Plaintiff,             )  MOTION TO VACATE OCTOBER 4, 2016
                                     )  REVIEW HEARING; ORDER
13  vs.                              )
                                     )
14  ROBERT GARCIA,                   )
                                     )
15            Defendant.             )
                                     )

16

17      Defendant Robert Garcia hereby requests that the Court vacate the October 4, 2016

18  review hearing, as Mr. Garcia is in full compliance with the terms of his probation.

19      On November 4, 2015, the Court sentenced Mr. Garcia to twelve months of unsupervised

20  probation, with the conditions that he obey all laws, pay a $10 special assessment, and complete

21  fifty hours of community service.  Mr. Garcia has complied with all conditions of probation.

22      The government is in agreement with this request.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1                              Respectfully submitted,

2                              HEATHER E. WILLIAMS
                                 Federal Defender

3

4  Date: October 19, 2016               */s/ Erin Snider*
                                 ERIN SNIDER

5                              Assistant Federal Defender
                                 Attorney for Defendant

6                              ROBERT GARCIA

7

8                             **O R D E R**

9       Based on the parties' joint representation that Mr. Garcia has fully complied with the

10  conditions of his probation, the Court vacates the review hearing scheduled for October 4, 2016,

11  at 10:00 a.m.  in Case No. 6:15-mj-00053-MJS.

12

13

14  IT IS SO ORDERED.

15    Dated:   __October 20, 2016__        __/s/ *Michael J. Seng*__

16                                   UNITED STATES MAGISTRATE JUDGE